IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOSHUA R. ABBOTT, | : | Case No. 1:22-cv-71 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, INC., | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by the parties that the above matter has settled, hereby **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND